ANDREW VAN ARSDALE (SBN: 323370)
AVA LAW GROUP, P.C.
2044 San Diego Ave.
San Diego, CA 92110
Phone: (858) 922-1487
Email: andrew.vanarsdale@gmail.com

*Attorney for Plaintiff*
Brett Clements

WILLIAM S. BERMAN AND MAX H. STERN
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA. 94105
Phone: (415) 957-3133
Email: wsberman@duanemorris.com
mhstern@duanemorris.com

*Attorney for Defendant*
Greenwich Insurance Company and XL Insurance Company

JEFFREY W. ALLEN
FREEMAN MATHIS & GARY, LLP
44 Montgomery Street, Suite 3580
San Francisco, CA 94101
Phone: (415) 627-9000
Email: jallen@fmglaw.com

*Attorney for Defendant*
Shelter Mutual Insurance Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRETT CLEMENTS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> GREENWICH INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. 19-CV-00494-EMC <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

//

//

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) hereby stipulate, in consideration of a negotiated settlement between Plaintiff and Shelter Mutual Insurance Co., and a negotiated deal to litigate outstanding issues in Alabama between Plaintiff and Greenwich/XL Insurance Co., to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: August 19, 2019

/signature/
**ANDREW VAN ARSDALE**
**Counsel for Plaintiff Brett Clements**

Dated: August 19, 2019

**MAX H. STERN**
**Counsel for Defendant Greenwich**
**Insurance Company and XL Insurance**
**Company**

Dated: August 19, 2019

**JEFFREY W. ALLEN**
**Counsel for Defendant Shelter Mutual Insurance Company**

## ORDER

The stipulation is approved. The entire action, including all claims stated herein against all parties is dismissed with prejudice.

Dated: August 22, 2019

HON. EDWARD M. CHEN
DISTRICT JUDGE
NORTHERN DISTRICT OF CA